Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

_Southern_ District of _Mobile Al,_

SCANNED

_____ Division

Po. Se

Thomas. Gaddis
_____
Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Kay Ivey
John Q. Hamm
Steve marshall
Warden Butler.
_____
Defendant(s)

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.  Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 23-CV-78-JB-N
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes ☐No

All Ofk. Fountain
LT's
Sgts
Cpts
officer were In
voled. In this matter

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name *Thomas Gaddis*
Address *18 Sadie Home*
*Childersburg  Al,        35044*
           *City*        *State*     *Zip Code*

County *Talladega*
Telephone Number
E-Mail Address

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
Name *Kay Ivey*
Job or Title *(if known)* *Governor  Al*
Address *600 Dexter Ave, montgomery Al*
*Montgomery   Al     36130*
       *City*      *State*     *Zip Code*

County
Telephone Number
E-Mail Address *(if known)*

[✓] Individual capacity    [✓] Official capacity

Defendant No. 2
Name *John, O. Hamm*
Job or Title *(if known)* *Prison Commissioner*
Address *600 Dexter Ave, montgomery*
*Montgomery   Al     36130*
       *City*      *State*     *Zip Code*

County
Telephone Number
E-Mail Address *(if known)*

[✓] Individual capacity    [✓] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
　　　Name　　　　　　　　*Steve Marshall*
　　　Job or Title *(if known)*　*Ala Atty Gen*
　　　Address　　　　　　*600 Dexter Aye, Montgomery*
　　　　　　　　　　　　*Montgomery    Al    36130*
　　　　　　　　　　　　　City　　　　　State　　　　Zip Code
　　　County　　　　　　*Montgomery*
　　　Telephone Number
　　　E-Mail Address *(if known)*

　　　☑ Individual capacity　　☑ Official capacity

Defendant No. 4
　　　Name　　　　　　　　*Warden Butler*
　　　Job or Title *(if known)*　*Fountain Warden*
　　　Address　　　　　　*600 Dexter Aye, Montgomery*
　　　　　　　　　　　　*Montgomery    Al    36130*
　　　　　　　　　　　　　City　　　　　State　　　　Zip Code
　　　County　　　　　　*Montgomery*
　　　Telephone Number
　　　E-Mail Address *(if known)*

　　　☑ Individual capacity　　☑ Official capacity

## II.　　Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.　　Are you bringing suit against *(check all that apply)*:

　　　☐ Federal officials (a *Bivens* claim)

　　　☑ State or local officials (a § 1983 claim)

B.　　Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Under the 14th Amendment Under the Due Process Clauses, And Equal Protection Clauses*

C.　　Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

Atmore Al, In state prison

B.   What date and approximate time did the events giving rise to your claim(s) occur?

during A short time 2022, plaintiff time A Ck fountain deliberately Indiffevence were Impose

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I were told By Ck fountain capts cts. Sgt. officer A murder Hit HAS come inside this prison And nothing I or we can, Do. it's Above our heads. I were Sexual Assualted In my sleep threaten with knifes, knifes Drawn on me And At me plaintiff nothing were Did About the sexual Assaulted After being Reported I were In place Death plates to Be murder By Inmates who were giving Drugs And money And others Illegal Iteims

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Fean mental Illness Mental Auguish emotional Harm distress pain suffering Anxiety Grief Depression Humiliamation Terron Ordeal, Inconvenience nervousness sexual Assaulted,

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

The Department of Connection And the State of Alabama Is being For 20. million Dollars And the name defendants, should Be held Reliable In their Individual and Official. Capacity. For Injuries, damages Cause The Lenders of the State of AL pais For theses Claims The Prime defendant and It State Workers should Have know that they will Violation the United State's Constitution And the Plaintiff Constitution Rights.

Statement of Claims

defendant Steven, Marshall Knew
About this murder Hit Coming out of
Talladega County, did nothing About it
And Allowed it To proceed on, And Come
unto the Jail, And Prison Against the
plaintiff, were plaintiff suffer, defendant
Marshall, Knew All About what I had
And Still IS under went now And In
the past, He Also, no why I suffer
In such A Fashion In Talladega County
Jedical, System

The Capt Lt's Sgts officer of GK
fountain said that this murder Hit
IS over their's Head of power it may
Have Come From the Commissioner offices
which make, defendant John a Hamm Reliable
Warden Bulter should Be held Reliable
And Her Staff, For not protecteding
the plaintiff, the Records will show the
plaintiff, were sexual Assaulted threaten
with Knife's At the point of Death By Inmates
who had permission To murder the plaintiff

Fed-20-2023

I declared under the
Pnalty pre Jury that All
this Information IS true
And correct, Shean Gadson

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   *FeB. 20, 2023*

Signature of Plaintiff   *Thomas Gaddis*

Printed Name of Plaintiff   *Thomas Gaddis*

### B.     For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

Print     Save As...     Add Attachment     Reset

Thomas Gaddis
201, Washington. SW
Atlanta. GA, 30303

Courthouse,
Clerk Office
155, Saint Jospe
mobile, Al, 36

Thomas Gaddis
201 Washington St SW
Atlanta GA 30303



NEOPOST
02/27/2023
US POSTAGE $

Courthouse
Clerks Office

155 Saint Joseph St
Mobile Al 36602