IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS GADDIS, | ) |
| Plaintiff, | ) |
| vs. | ) CIV. A. NO. 23-0078-JB-N |
| KAY IVEY, Governor of Alabama, *et al.*, | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that this action be **DISMISSED without prejudice**.

**DONE and ORDERED** this 7th day of September, 2023.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE